UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF07043 (rev 10/2013)

In re:

**Regal Industries, Inc.**,
       Debtor.

Case No. **15–91495–BHL–7A**

## NOTICE OF POSSIBLE ASSETS AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets was filed on August 25, 2015, by Trustee Kathryn L. Pry.

**NOTICE IS GIVEN** that assets may be used to pay a dividend to creditors. **Creditors must file a claim by November 30, 2015 in order to share in any distribution from the estate.** Instructions for obtaining a proof a claim form or filing electronically can be found at http://www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  August 26, 2015

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court