# Notice Recipients

District/Off: 0756–4     User: tballard     Date Created: 8/26/2015
Case: 15–91495–BHL–7A     Form ID: SF07043     Total: 121

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
tr     Kathryn L. Pry     kpry.trustee@att.net
aty     Deborah Caruso     dcaruso@daleeke.com
aty     Meredith R. Theisen     mtheisen@daleeke.com
aty     Neil C. Bordy     bordy@derbycitylaw.com

                                                                                                                           TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            Regal Industries, Inc.     9564 E. County Rd 600S     Crothersville, IN 47229
13562919     Airgas USA LLC     PO Box 532609     Atlanta, GA 30353–2609
13562920     Airgas Welding & Therapy Service Inc     PO Box 532609     Atlanta, GA 30353–2609
13562921     Altair Partners LP     343 Millburn Ave Ste 201     Millburn, NJ 07041
13562922     Apollo Oil     PO Box 643948     Pittsburgh, PA 15264–3948
13562923     Apollo Oil/Louisville     PO Box 643948     Pittsburgh, PA 15264–3948
13562924     Armstrong Transport Group Inc     PO Box 150370     Ogden, UT 84415–0370
13562925     Bearings Headquarters Co     A Headco Company     PO Box 6267     Broadview, IL 60155–6267
13562926     Bedford Times Mail     Attn: Toni     813 16th Street     Bedford, IN 47421
13562927     Best Way Disposal     2577 Kentucky Ave     Indianapolis, IN 46221
13562928     Blue & Co     2712 Solutions Center     Chicago, IL 60677–2007
13562929     Bluegrass Regional Recycling     540 Recycle Dr     Richmond, KY 40475
13562930     Borichem     4082 Manchester Lake Dr     Lake Worth, FL 33449
13562931     Boy Scout Troop #336     c/o Brenda Trapnell     507 N Main St     Mulberry, IN 46058
13562932     Boy Scout Troop #96     c/o Richard Herman     1745 N Arley     Indianapolis, IN 46229
13562933     Brian Blackburn Electric     1540 Niblo Rd     Madison, IN 47250
13562934     Bridges Smith & Co Inc     PO Box 1147     Louisville, KY 40201–1147
13562938     CH Robinson     PO Box 9121     Minneapolis, MN 55480–9121
13562935     Capital Premium Financing Inc     PO Box 660899     Dallas, TX 75266–0899
13562936     Cellulose Insulation Mfg Asn     136 South Keowee St     Dayton, OH 45402
13562937     Central Ky Fiber Resources     PO Box 22251     Lexington, KY 40522–2251
13562939     Cintas Location #529     PO Box 630803     Cincinnati, OH 45263–0803
13562940     Clarks     8469 County Rd 850 E     Austin, IN 47102
13562941     Columbus Industrial Electric     1625 Indianapolis Rd     Columbus, IN 47201
13562942     Culligan of Seymour     1263 W Tipton     PO Box 964     Seymour, IN 47274
13562943     Curt L. Sikes     1061 N Thomas Rd     Deputy, IN 47230
13562944     DAT Solutions LLC     PO Box 8500     Philadelphia, PA 19178–3801
13562945     David Bowling     301 Vine St     Crothersville, IN 47229
13562946     Dayton Freight     PO Box 340     Vandalia, OH 45377
13562947     Donco Paper Supply Co     Olympia Center Ste 1450     737 N Michigan Ave     Chicago, IL 60611
13562948     Dorsey's Auto Body Center     2699 N US Hwy 31     Seymour, IN 47274
13562949     Douglas Brougher     15438 E 300S     Elizabethtown, IN 47232
13562950     Duplicator Sales & Service     831 E Broadway     Louisville, KY 40204
13562951     Duplicator Sales & Service     831 East Broadway     Louisville, KY 40204
13562952     EFS     c/o Peoples Bank     Crothersville, IN 47229
13562953     Fastenal Co     PO Box 978     Winona, MN 55987–0978
13562954     FedEx     PO Box 94515     Palatine, IL 60094–4515
13562955     Flexible Packaging     2519 Data Dr     Louisville, KY 40299
13562956     Fomo Products Inc     c/o Peoples Bank     Crothersville, IN 47229
13562957     Forest Park Bank Booster     c/o Susan Blume     661 S 600 East     Ferdinand, IN 47532
13562958     Frontier     PO Box 20550     Rochester, NY 14602–0550
13562959     G&G Oil Co of Indiana Inc     220 E Centennial Ave     PO Box 71     Muncie, IN 47308–0071
13562960     General Rubber & Plastics Co     1007 W Brown St     PO Box 865     Seymour, IN 47274
13562961     Grainger     Dept 448–805824463     Palatine, IL 60038
13562962     Graphic Arts Recycling     10355 Spartan Dr     Cincinnati, OH 45215
13562963     Great Dane Trailers     25768 Network Place     Chicago, IL 60673–1257
13562964     Gregory J Jaegers     11847 Sawmill Rd     Sainte Genevieve, MO 63670
13562965     Hahn Systemsn LLC     6312 Southereastern Ave     Indianapolis, IN 46203
13562966     Heritage Crystal Clean LLC     13621 Collections Center Dr     Chicago, IL 60693–0136
13562967     Indiana Chamber of Commerce     PO Box 44926     Indianapolis, IN 46244
13562968     Indiana Dept of Revenue     c/o Peoples Bank     Crothersville, IN 47229
13562969     Indiana Manufacturers Assoc     One American Sq Ste 24     PO Box 82012     Indianapolis, IN 46282
13562970     Innovacycle LLC     1278 Hwy 461     Somerset, KY 42503
13562971     J&L Transport Inc     1754 Chip Rd     Kawkawlin, MI 48631
13562972     Jack Napier     1601 E State Rd 256     Austin, IN 47102
13562973     Jackson County Industrial Development Co     PO Box 783     Seymour, IN 47274
13562974     Jackson County REMC     PO Box K     Brownstown, IN 47220
13562975     Jackson Park Physicians     1124 Medical Pl     Seymour, IN 47274–2640
13562976     Jacobi Sales Inc     PO Box 67     Seymour, IN 47274

| | | | | |
|---|---|---|---|---|
| 13562977 | James E Myers | 1212 E 4th Street Rd | Seymour, IN 47274 | |
| 13562978 | John Steven Smith | 285 W. Green Street | Tulsa, OK 74170 | |
| 13562979 | John Ulrey's Glass & Mirror | PO Box 1043 | Seymour, IN 47274 | |
| 13562980 | Jonathon Brewer Scholarship Fund | 3475 W 550S | Vallonia, IN 47281 | |
| 13562981 | Kendrick Paper Stock Co Inc | PO Box 1385 | Mount Vernon, IL 62864 | |
| 13562982 | Kobitex Inc | 55 Administration Rd #36 | CONCORD,ONTARIO | CANADA L4K 4G9 |
| 13562983 | Krendl Machines | 1201 Spencerville Ave | Delphos, OH 45833 | |
| 13562984 | Kyana Packaging & Indust Supply | 2501 Ampere Dr | Louisville, KY 40299 | |
| 13562985 | Lasco HEavy Duty | PO Box 3126 | Louisville, KY 40203 | |
| 13562986 | Lawrence Co Solid Waste Dist | 1221 J Street | Bedford, IN 47421 | |
| 13562987 | Lee D. Royalty Estate | c/o Jeff Lorenzo Esq | 218 W Second St | Seymour, IN 47274 |
| 13562988 | Liberty Mutual Insurance | PO Box 2051 | Keene, NH 03431–7051 | |
| 13562989 | Linn Paper Stock Co | c/o Franklin T. Spencer, Esq | 300 S Spring St, Ste 708 | Little Rock, AR 72201 |
| 13562990 | Mastercard | PO Box J | Brownstown, IN 47220–0310 | |
| 13562991 | Mead Mead Clark & Scifres PC | PO Box 468 | Salem, IN 47167 | |
| 13562992 | Medtherm Corporation | POB 412 | Huntsville, AL 35804 | |
| 13562993 | Midland Davis Corporation | 3301 Fourth Avenue | Moline, IL 61265 | |
| 13562994 | National Boraxx Corp. | 3690 Orange Place, Suite 480 | Beachwood, OH 44122 | |
| 13562995 | Nichols Electronics | 187 Kennan | Greensburg, PA 15601 | |
| 13562996 | Norton Occupational Medicine | PO Box 950287 | Louisville, KY 40295–0287 | |
| 13562997 | Oxco | PO Box 33462 | Charlotte, NC 28233 | |
| 13563000 | PLS Logistice Services | 5119 Reliable Parkway | Chicago, IL 60686–0051 | |
| 13562998 | Peoples Bank of Brownstown | 100 N Main St | PO Box J | Brownstown, IN 47220 |
| 13562999 | Pitney Bowes | POB 856460 | Louisville, KY 40285 | |
| 13563001 | Power One Logistics | C/O Advanced Financial corp. | PO Box 720477 | Atlanta, GA 30358 |
| 13563002 | Primary Packaging | PO Box 75705 | Cleveland, OH 44101–4755 | |
| 13563003 | QRS | 8608 Solution Center | Chicago, IL 60677–8006 | |
| 13563004 | R&D Service | PO Box 2400 | Cookeville, TN 38502–2400 | |
| 13563005 | R&L Carriers Inc. | PO Box 10020 | Port William, OH 45164–2000 | |
| 13563013 | RWS Fibers, LLC | 2090 Stewart Road | Xenia, OH 45385 | |
| 13563006 | Rainbow Printing | PO Box 97 | Bedford, IN 47421 | |
| 13563007 | Ramblin Corp. | Olympia Center, Ste. 1450 | 737 N. Michigan Avenue | Chicago, IL 60611 |
| 13563008 | Republic Services Recycling North | PO Box 99822 | Chicago, IL 60696–7622 | |
| 13563009 | Robert Clark Roberts | 9351 Gregory Road | Henderson, KY 42420 | |
| 13563010 | Robert Spicer | 9925 E County Rd 700S | Crothersville, IN 47229 | |
| 13563011 | Rock–Tenn Company | PO Box 409813 | Atlanta, GA 30384 | |
| 13563012 | Rumpke | PO Box 538710 | Cincinnati, OH 45253–8710 | |
| 13563014 | Sims Sawmill | 12030 S. 350 W. | Columbus, IN 47201 | |
| 13563015 | Snider Parts | 742 Grand Tower Road | Grand Tower, IL 62942 | |
| 13563016 | Snyder Trucking LTD | 1379 Neubrecht Road | Lima, OH 45801 | |
| 13563017 | Spray Insulation components | 8000 Wilshire Court, Ste. G | Oklahoma City, OK 73132 | |
| 13563018 | Sue Henry | 6471 S County Rd 850E | Crothersville, IN 47229 | |
| 13563019 | Synenergy Partners | PO Box 545 | Mount Vernon, IN 47620 | |
| 13563020 | Synergy Partners | PO Box 545 | Mount Vernon, IN 47620 | |
| 13563023 | TSI Trucking, LLC | 1618 Fabricon Blvd. | Jeffersonville, IN 47130 | |
| 13563021 | The Worthington Co | 140 S College Ave | Indianapolis, IN 46202 | |
| 13563022 | Total Truck PArks | 4525 Poplar Level Rd | Louisville, KY 40213 | |
| 13563024 | Tynan Equipment | 5926 Stockberger Place | Indianapolis, IN 46241 | |
| 13563025 | UHL Truck Sales | 13450 Hwy 135 NE | Palmyra, IN 47164 | |
| 13563026 | United Parcel Service | Lockbox 577 | Carol Stream, IL 60132–0577 | |
| 13563029 | VHI Transport | 4525 Lee St | Chester, VA 23831 | |
| 13563027 | Verion Wireless | PO Box 15040 | Albany, NY 12288 | |
| 13563028 | Verizon Wireless | PO Box 25506 | Lehigh Valley, PA 18002–5506 | |
| 13563030 | Walker Recycling | PO Box 321 | Palmyra, IN 47164 | |
| 13563031 | West Lafayette St Dept | 705 S River Rd | West Lafayette, IN 47906 | |
| 13563032 | Whalen Trucking Inc | 301 E Prairie | PO Box 106 | Waverly, IL 62692 |
| 13563033 | Whiteland United Methodist | 309 Main St | Whiteland, IN 46184 | |

TOTAL: 116